# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER E. PIGEON,
     Appellant,

vs.

THE STATE OF NEVADA,
     Respondent.

No. 74792

**FILED**

MAR 0 7 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from "the recent decision issued formally on 12/01/17, for his appeal case # 67083." Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Appellant filed a notice of appeal on December 29, 2017. The notice of appeal fails to identify any decisions of the district court. Further, review of the district court minute entries indicates that the district court has not entered any appealable order. To the extent that the document can be construed as a petition for rehearing of this court's December 1, 2017, Order Affirming In Part, Reversing In Part and Remanding in Docket No. 67083, it was untimely filed. *See* NRAP 40(a)(1). Accordingly, we

ORDER this appeal DISMISSED.

            _____, J.
          Pickering

_____, J.
Gibbons

_____, J.
Hardesty

 
18-08923

cc:   Hon. Douglas W. Herndon, District Judge
Christopher Edward Pigeon
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk